Case 3:05-cr-07007-IEG Document 13 Filed 09/21/05 PageID.50 Page 1 of 2

USDC SCAN INDEX SHEET










JAH    9/21/05    14:34
3:05-CR-07007    USA V. DIROBERTO
*13*
*CRO.*

FILED

05 SEP 21 AM 10: 41

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE IRMA E. GONZALEZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 05CR7007-IEG |
| Plaintiff, | ) | |
| v. | ) | ORDER SHORTENING TIME |
| TODD DIROBERTO, | ) | |
| Defendant. | ) | |

The above-named defendant, Todd DiRoberto, by and through counsel, Gerard J. Wasson, Grimes & Warwick, moves this Court for an order shortening time to file <u>Defendant's Statement in Mitigation Regarding Violations of Conditions of Supervised Release</u>, on September 19, 2005, for the following reason: due to an illness, counsel has been out of the office from August 29, 2005, to September 14, 2005. Government counsel and U.S. Probation Office has received courtesy copies of these pleadings.

SO ORDERED.

DATED: 9/19/05

_____
HONORABLE IRMA E. GONZALEZ
Judge of the U.S. District Court

